RECEIVED
JUL 19 2019
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Plaintiff(s), **Flora Rosslind Guy** )
)
v. )  Case No. _____
)  (to be assigned by Clerk of District Court)
**AARP Foundation** )
)
)  JURY TRIAL DEMANDED
)
)    YES ✓   NO ☐
)
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

✓ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

✓ ___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

___ Other (Describe)

## PARTIES

2. Plaintiff's name: __Flora Rosslind Guy__

   Plaintiff's address: __1531 Pine Street Suite 911__
   Street address or P.O. Box

   __St. Louis, MO 63103__
   City/ County/ State/Zip Code

   __314.630.3463__
   Area code and telephone number

3. Defendant's name: __AARP Foundation__

   Defendant's address: __2838 Market Street__
   Street address or P.O. Box

   __St. Louis MO 63103__
   City/County/State/ Zip Code

   _____
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.  If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

__NA__
(Street Address)         (City/County)         (State)   (Zip Code)

5.  When did the discrimination occur? Please give the date or time period:

__Dec 2016   Dec 2017   Part of 2018 — Present__

## ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes   Date filed: _____

☑ No

7.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

? ☐ Yes   Date filed: _____

☐ No

8.  Have you received a Notice of Right-to-Sue Letter?

☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9.  If you are claiming age discrimination, check one of the following:

☑ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

   ✓ failure to hire me

   ___ termination of my employment

   ___ failure to promote me

   ✓ failure to accommodate my disability

   ✓ terms and conditions of my employment differ from those of similar employees

   ✓ retaliation

   ___ harassment

   ___ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

   ✓ Yes            ☐ No

4

11. I believe that I was discriminated against because of my (check all that apply):

✓ race

✓ religion

✓ national origin

✓ color

✓ gender

✓ disability

✓ age (birth year is: 1948 )

___ other:

Did you state the same reason(s) in your charge of discrimination?

[✓] Yes   [ ] No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

- I APPLIED TO THE PROGRAM IN 2016 & 2017 and MARCH 2019.
- AARP REFUSED TO PLACE ME ON AN ASSIGNMENT AND REFUSED TO MEET FACE-TO-FACE.
- I WAS TOLD THERE WAS A REVIEW PANEL WHO MADE THE DECISION. AND I COULD NOT MEET WITH OR NO WHO THE REVIEW PANEL WAS
- SHIRLEY JACKSON HAS BEEN THE PERSON RELAYING MESSAGES.

(Continue to page 6, if additional space is needed.)

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☑ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

- I WOULD LIKE FOR THE COURT TO HAVE AARP TO EXPLAIN THEIR ACTIONS.
- I WANT TO BE PLACED ON AN ASSIGNMENT.
- I WANT THE COURT TO HAVE AARP TO PAY ME THE LITTLE MONEY I COULD HAVE MADE & PAY FOR DOCTORS AND MEDICATIONS TAKEN TO COPE WITH THIS.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19th__ day of __July__, 20__19__.

Signature of Plaintiff  _Flora Rosalind Thuy_